UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 4:26-CR-00444 HEA/PLC
)
KEITH GREENLAW, )
)
Defendant. )

**INDICTMENT**

**COUNT ONE**
**(Attempted Carjacking)**

The Grand Jury charges that:

On or about August 31, 2025, in St. Louis County, within the Eastern District of Missouri,

**KEITH GREENLAW,**

the Defendant herein, with intent to cause death and serious bodily harm, did attempt to take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2013 Hyundai Sonata, VIN Number 5NPEC4AC8DH670949, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119(1).

**COUNT TWO**
**(Carjacking)**

The Grand Jury charges that:

On or about September 2, 2025, in St. Louis County, within the Eastern District of Missouri,

**KEITH GREENLAW,**

the Defendant herein, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2017 Buick Encore, VIN Number KL4CJ1SBXHB074809, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119(1).

**COUNT THREE**
**(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)**

The Grand Jury further charges that:

On or about September 2, 2025, in St. Louis County, within the Eastern District of Missouri,

**KEITH GREENLAW,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, carjacking as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(A)(ii).

**COUNT FOUR**
**(Felon in Possession)**

The Grand Jury further charges that:

On or about September 2, 2025, in St. Louis County, within the Eastern District of Missouri,

**KEITH GREENLAW,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm that had traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL.

________________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

________________________________
NICHOLE E. FRANKENBERG, #61126MO
Assistant United States Attorney