FILED
SEP 1 6 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CR-00444 HEA/PLC |
| | ) | |
| KEITH GREENLAW | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Thomas C. Albus, Acting United States Attorney for the Eastern District of Missouri, and Nichole E. Frankenberg, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to 18 U.S.C. § 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is currently charged by indictment with one count of Attempted Carjacking, in violation of 18 U.S.C. § 2119, one count of Carjacking, in violation of 18 U.S.C. § 2119, one count of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and one count of Brandishing of a Firearm in Furtherance of Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(2). Because Defendant has been charged with a violation of 18 U.S.C. § 924(c), a rebuttable presumption arises pursuant to 18 U.S.C. § 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

The Nature and Circumstances of the Offense

2. Pursuant to 18 U.S.C. § 3142(g)(1), the nature and circumstances of the charged offenses warrant pre-trial detention. On August 31, 2025, the Defendant ordered a woman out of her car and forced her to give up her keys after brandishing a firearm. Defendant unsuccessfully attempted to drive away in her vehicle. On September 2, 2025, Defendant again brandishing a firearm at a woman and demanded her car keys. After instructing the victim to run away, Defendant stole her vehicle. Defendant was apprehended the morning of September 2, 2025, after the second carjacking, in possession of a loaded firearm.

The Weight of the Evidence

3. Pursuant to 18 U.S.C. § 3142(g)(2), the weight of the evidence supports pre-trial detention. The Defendant is a felon and went on a crime spree committing two-armed carjackings in the span of 2 days.

Defendant's History and Characteristics

4. Pursuant to 18 U.S.C. § 3142(g)(3), Defendant's criminal history weighs in favor of detention. Defendant's criminal history reflects felony convictions of Invasion of Privacy (2018), Harassment (2018), Kidnapping (2022), and Armed Criminal Action (2022). Defendant was on parole at the time of the instant offense, having been released to field supervision from Missouri Department of Corrections in May of 2025.

Danger to the Community

5. Pursuant to 18 U.S.C. § 3142(g)(4), Defendant should be detained pending trial due to the danger he poses to the community. Given his prior conviction and the nature and circumstances of the present offenses, no alternative set of restrictions will be sufficient to protect the public.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Nichole E. Frankenberg*
Nichole E. Frankenberg #61126 (MO)
Assistant United States Attorney